

APPEARANCE FORM FOR PRO SE LITIGANTS
DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Douglas B. Boike pro se
(Please print)

STREET ADDRESS: 17511 Westbrook Drive

CITY/STATE/ZIP: ORLAND PARK, IL. 60467

PHONE NUMBER: 708-478-5862

CASE NUMBER: 08CV4678
JUDGE BUCKLO
MAGISTRATE JUDGE VALDEZ

Signature: Douglas B. Boike

Date: 8-18-08

FILED
AUG 18 2008   NF
Aug 18, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT